# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Ronald W. Wootan, | ) |
|     Petitioner, | ) **ORDER SETTING POST-HEARING** |
| | ) **DEADLINES** |
| v. | ) |
| | ) |
| Joseph Joyce, | ) Case No.: 1:24-cv-00181 |
| | ) |
|     Respondent. | ) |

On June 10, 2025, the court convened for an Evidentiary Hearing. (Doc. No. 15). For the reasons articulated on the record during the hearing, the parties shall file simultaneous post-hearing briefs due by July 10, 2025. If additional time is required, the parties may file a request for extension with the court.

**IT IS SO ORDERED.**

Dated this 10th day of June, 2025.

                                          */s/ Clare R. Hochhalter*
                                          Clare R. Hochhalter, Magistrate Judge
                                          United States District Court